UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Chris Churney
                Plaintiff,

v.                                          Case No.: 1:12–cv–06864
                                               Honorable James F. Holderman

Chicago Housing Authority
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 14, 2013:

      MINUTE entry before Honorable James F. Holderman: On February 14, 2013, the court granted defendant Chicago Housing Authority's motion to dismiss the complaint and stated that if plaintiff Chris Churney did not file a First Amended Complaint by 3/1/13, Churney's claims would be dismissed with prejudice. [23] Churney has not filed a First Amended Complaint as of 3/14/13. Accordingly, Churney's claims are dismissed with prejudice. Civil Case Terminated. The status hearing set for 3/19/13 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.